UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| AMANDA KNAPP-ELLIS, on behalf of herself and others similarly situated, | ) ) ) | No. C13-1967 RSM |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER REQUIRING COMCAST TO COMPLY WITH SUBPOENA DUCES TECUM |
| STELLAR RECOVERY, INC., a Florida corporation, | ) ) ) | |
| Defendant. | ) ) | |

Upon the joint motion of the parties seeking an order of the court to require third party COMCAST to comply with the Subpoena Duces Tecum issued by Defendant, and attached to the Joint Motion as Exhibit A, and the court finding that Comcast will not comply with such Subpoena absent an order of the court directing it to do so, the court hereby ORDERS, ADJUDGES AND DECREES as follows:

1. Plaintiff is authorized to provide Comcast with her account number so that it can locate her records.

2. Pursuant to Section 631 of the Cable Communications Policy Act of 1984, 47 U.S.C. § 551, Defendant shall serve its subpoena duces tecum, substantially in the form attached to the Joint Motion as Exhibit A, on Comcast by overnight courier.

ORDER REQUIRING COMCAST TO
COMPLY WITH SUBPOENA DUCES TECUM- 1
[2:13-cv-01967-RSM]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

3. COMCAST shall comply with such subpoena or file its motion to quash subpoena for consideration not later than January 24, 2014. In the event Comcast fails to timely file its motion to quash, its failure to comply with the subpoena shall be treated as contempt of this court.

DATED this 13 day of January 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REQUIRING COMCAST TO
COMPLY WITH SUBPOENA DUCES TECUM- 2
[2:13-cv-01967-RSM]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929