Hon. Ricardo S. Martinez
Note For Consideration: April 18, 2014

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA KNAPP-ELLIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STELLAR RECOVERY, INC., a Florida corporation,<br><br>Defendant. | No. 2:13-cv-01967-RSM<br><br>DECLARATION OF ANDREW D. SHAFER IN SUPPORT OF MOTION TO STAY ACTION |

I, Andrew D. Shafer, under penalty of perjury under 28 U.S.C. §1746, declare as follows:

1. I am the attorney for RPM in this matter. I base this declaration on my personal knowledge.

2. On April 2, 2014, I examined the FCC on-line docket filings for CG 02-278. This proceeding, entitled *In the Matter of Rules and Regulations Implementing the*

DECLARATION OF ANDREW D. SHAFER
RE: DEFENDANT'S MOTION TO STAY
PROCEEDING - 1
[2:13-cv-01967-RSM]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

*Telephone Consumer Protection Act of 1991*, remains an active proceeding. Between October 30, 2009[1] and the day plaintiff filed her action, the FCC received 3,022 filings from petitioners, commentators, consumers and consumer advocates and businesses and trade associations regarding the TCPA.

3. Attached as Exhibit 1 is a true, correct and complete copy of FCC Commissioner Michael O'Rielly's March 25, 2014 press release which appears on his FCC Blog page on the FCC website (www.fcc.gov) urging Commission action to correct confusion and ambiguity that surrounds the TCPA.

4. Attached as Exhibit 2 is the *Petition for Rule Making of ACA International*, FCC Dkt CG 02-278, filed January 31, 2014.

5. Attached as Exhibit 3 is a true, correct and complete copy of the *Petition for Declaratory Ruling of Communication Innovators*, FCC Docket CG 02-278, filed June 7, 2012 and *Reply Comments of Communication Innovators* filed November 30, 2012.

6. Attached as Exhibit 4 is a true, correct and complete copy of *GroupMe, Inc.'s Petition for Expedited Declaratory Ruling and Clarification*, FCC Docket CG 02-278, filed March 1, 2012.

7. Attached as Exhibit 5 is a true, correct and complete copy of *In re Cargo Airline Association Petition for Expedited Declaratory Ruling* (CG 02-278) (filed August 17, 2012) ("CAA Petition").

---

[1] Plaintiff filed this action on October 30, 2013. The TCPA is governed by a 4 year statute of limitations.

DECLARATION OF ANDREW D. SHAFER
RE: DEFENDANT'S MOTION TO STAY
PROCEEDING - 2
[2:13-cv-01967-RSM]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

8. Attached as Exhibit 6 is a true, correct and complete copy of *Petition of YouMail, Inc. for Expedited Declaratory Ruling*, FCC Docket CG 02-278, filed April 19, 2013 and *Reply Comments of YouMail, Inc.*, filed August 9, 2013.

9. Attached as Exhibit 7 is a true, correct and complete copy of *Petition of GlideTalk, Ltd. for Expedited Declaratory Ruling*, FCC CG Dkt 02-278, filed October 28, 2013.

10. Attached as Exhibit 8 is a true, correct and complete copy of *In Re Petition of United Healthcare Services for Declaratory Ruling Regarding Reassigned Wireless Telephone Numbers*, CG Dkt 02-278 (January 16, 2014) ("United Healthcare Petition

11. Attached as Exhibit 9 is a true, correct and complete copy of *Comments of Communication Innovators* to the *Petition of Glide Talk, Ltd.*, filed in FCC Docket CG 02-278, January 3, 2014.

12. Attached as Exhibit 10 is a true, correct and complete copy of the FCC's Public Notice seeking comment to the *Glide Talk, Ltd.* petition.

13. Attached as Exhibit 11 is a true, correct and complete copy of the FCC's March 27, 2014 Order in the *GroupMe* petition.

14. Attached as Exhibit 12 is a true, correct and complete copy of the FCC's March 27, 2014 Order in the CAA Petition.

DECLARATION OF ANDREW D. SHAFER
RE: DEFENDANT'S MOTION TO STAY
PROCEEDING - 3
[2:13-cv-01967-RSM]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

15. Attached as Exhibit 13 is a true, correct and complete copy of the FCC's Public Notice seeking comments to the *YouMail* petition.

Executed at Seattle, Washington this 2nd day of April, 2014.

_____
Andrew D. Shafer

DECLARATION OF ANDREW D. SHAFER
RE: DEFENDANT'S MOTION TO STAY
PROCEEDING - 4
[2:13-cv-01967-RSM]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929